IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE ORLANDO TUCKER,

    Petitioner,                   No. CIV S-04-0235 LKK CMK P

    vs.

K. PROSPER, Warden, et al.,

    Respondent.                 ORDER

         Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 29, 2005, the court stayed petitioner's federal writ of habeas corpus until petitioner's related state case is completed.  Petitioner was ordered to file with the court a motion to lift the stay within twenty days of <u>completion</u> of petitioner's related state case.

         On May 26, 2005, petitioner filed a motion to lift the stay.  However, petitioner has not demonstrated that his related state case is complete.  Accordingly, it is HEREBY ORDERED that petitioner's motion to lift the stay on his petition for writ of habeas corpus is denied.

DATED:  July 21, 2005.

                                                  */s/ Craig M. Kellison*
                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE