IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE ORLANDO TUCKER,                    No. CIV S-04-0235-LKK-CMK-P

        Petitioner,

   vs.                                                          ORDER

K. PROSPER, et al.,

        Respondents.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        This habeas petition was filed on February 2, 2004. On March 25, 2004, respondents filed an answer to the petition. In their answer, respondents conceded that the four claims raised in the petition are exhausted in that petitioner has presented his claims to the state court. Respondents also indicated, however, that a direct appeal of petitioner's judgment and sentence was pending as of the time the answer was filed. On March 29, 2005, the court stayed the instant federal action pending resolution by the state court of petitioner's appeal. The court administratively closed this case and directed petitioner to file a motion to lift the stay within 20 days of completion of state court proceedings.

This matter has been stayed for almost three years and the court finds it appropriate to obtain a report on the status of state court proceedings. Accordingly, within 30 days of the date of this order, respondents shall file a status report.

This case remains administratively closed pending further order of the court.

IT IS SO ORDERED.

DATED: March 11, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE