IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ORLANDO TUCKER, | No. CIV S-04-0235-LKK-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| K. PROSPER, et al., | |
| Respondents. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       This habeas petition was filed on February 2, 2004. On March 25, 2004, respondents filed an answer to the petition. In their answer, respondents conceded that the four claims raised in the petition are exhausted in that petitioner has presented his claims to the state court. Respondents also indicated, however, that a direct appeal of petitioner's judgment and sentence was pending as of the time the answer was filed. On March 29, 2005, the court stayed the instant federal action pending resolution by the state court of petitioner's appeal and this matter was administratively closed.

///

On March 18, 2008, respondents submitted a report on the status of state court proceedings indicating that all state court proceedings are concluded. Respondents concede petitioner's claims are exhausted. Therefore, the stay will be lifted and respondents will be directed to file a response to the petition. If respondents answer the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases. Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition. See id.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay issued on March 29, 2005, is lifted and this case is re-opened;

2. Respondents are directed to file a response to petitioner's petition within 30 days from the date of service of this order;

3. Petitioner's traverse or reply (if respondents file an answer to the petition), if any, or opposition or statement of non-opposition (if respondents file a motion in response to the petition) shall be filed and served within 30 days of service of respondents' response; and

4. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: April 4, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE