**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

WAYNE ORLANDO TUCKER,                    No. CIV S-04-0235-LKK-CMK-P

      Petitioner,

  vs.                                                    ORDER

K. PROSPER, et al.,

      Respondents.

_____/

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 45).  Petitioner seeks additional time to file a traverse.  Good cause appearing therefor, the request is granted.  Petitioner may file a traverse within 30 days of the date of this order.

      IT IS SO ORDERED.


 DATED:  June 2, 2008

                                                _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26