IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE ORLANDO TUCKER,　　　　　　　No. CIV S-04-0235-LKK-CMK-P

　　　　　Petitioner,

　vs.　　　　　　　　　　　　　　　　ORDER

K. PROSPER, et al.,

　　　　　Respondents.

_____/

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On December 30, 2008, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 30, 2008, are adopted in full;

2. Petitioner's petition for a writ of habeas corpus (Doc. 1) is denied; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: March 25, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT